IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1)  SOONER EMERGENCY SERVICE, INC., <br><br> Plaintiff, <br><br> v. <br><br> (1)  JOHNSON LOGISTICS LLC, and <br><br> (2)  AUTO OWNERS INSURANCE, <br><br> Defendants. | Case Number:  24-CV-132-RAW <br><br> Removed from the District Court of Muskogee County, Oklahoma <br> Case No. CJ-2024-106 |

## NOTICE OF REMOVAL

COMES NOW Defendant Auto Owners Insurance ("Auto Owners"), by and through the undersigned counsel, and pursuant to 28 U.S.C. §§ 1441, *et seq.*, hereby gives notice of its removal of this action. In support, Auto Owners alleges and states as follows:

1. Defendant Auto Owners is one of two defendants in an action brought against it in the District Court of Muskogee County, State of Oklahoma, styled *Sooner Emergency Service, Inc. v. Johnson Logistics LLC, et al.*, Case No. CJ-2024-106 (hereinafter, "the state court action").

2. Plaintiff Sooner Emergency Service, Inc. ("Sooner") is a for-profit corporation incorporated under the laws of the State of Oklahoma with its principal place of business in the State of Oklahoma.

3. Defendant Johnson Logistics LLC ("Johnson") is a limited liability company organized under the laws of the State of Michigan. Johnson is comprised of one (1) member, to wit: Mr. Dan Johnson, an individual with citizenship in the State of Kentucky.

1

4. Defendant Auto Owners is a property and casualty insurer incorporated under the laws of the State of Michigan with its principal place of business in the State of Michigan. The correct legal name for Defendant Auto Owners is "Auto-Owners Insurance Company".

5. On March 25, 2024, Sooner commenced the state court action by filing its Petition in the District Court of Muskogee County, Oklahoma, against Johnson and Auto Owners.[1] However, as originally filed, the Petition misspelled Johnson's name as "*Johnston* Logistics LLC" (emphasis supplied).

6. On March 26, 2024, Sooner filed an Amended Petition. The Amended Petition was identical in substance to the original Petition except that it corrected the spelling of Defendant Johnson's name.

7. Summarily, Sooner's Amended Petition alleges that Sooner provided emergency cleanup services and environmental remediation procedures following an accident that occurred on or about October 29, 2023, involving Johnson's tractor trailer rig. Citing to Okla. Stat. tit. 47 § 11-1110 and other unidentified "applicable laws and statutes," Sooner alleges it is entitled to payment for its services from Johnson and Johnson's insurer, Auto Owners, in the amount of Eighty-Three Thousand, Nine Hundred Forty Dollars and Eighteen Cents ($83,940.18), plus interest.

---

[1] Sooner's action is not brought or being prosecuted by counsel. Rather, Sooner's action is brought "pro se" by its company president, Mr. Bill Inhofe. Under this Court's local rules and consistent Tenth Circuit and Oklahoma authority, Mr. Inhofe cannot prosecute Sooner's action pro se. *See* LCvR 17.1 ("Parties who are not natural persons may not appear pro se."); *Tal v. Hogan*, 453 F.3d 1244, 1254 (10th Cir. 2006) ("It has been our long-standing rule that a corporation must be represented by an attorney to appear in federal court."); *Allen v. City of Chickasha*, 211 P.3d 241, 244 (Okla. Civ. App. 2009) (noting that "law is clear" regarding necessity of legal counsel to represent corporations).

8. This Court would have had original jurisdiction over this matter when it was first filed. The parties to this action are completely diverse and the damages Sooner seeks are in excess of the amount in controversy required under 28 U.S.C. § 1332(a) (i.e., $75,000.00), giving this Court diversity subject matter jurisdiction. Further, because this matter is removed from the District Court of Muskogee County, Oklahoma, venue for this action is proper in this Court. *See* 28 U.S.C. § 1441(a) (action to be removed "to the district court of the United States for the district and division embracing the place where such action is pending").

9. Removal of this action is timely. Defendant Auto Owners was served with the Amended Petition and state court summons on April 2, 2024. (Auto Owners was not served with the original Petition.) Auto Owners has removed this action within thirty (30) days of the date of service upon it. *See* 28 U.S.C § 1446(b)(2)(B).

10. Pursuant to 28 U.S.C. § 1446(a) and LCvR 81.2, copies of all materials filed in the state court action, and a copy of the state court action's docket sheet obtained online from the Oklahoma State Courts Network website (www.oscn.net) on April 17, 2024, are attached as follows:

   a. Petition (filed Mar. 25, 2024), attached as "Exhibit '1'";

   b. Amended Petition (filed Mar. 26, 2024), attached as "Exhibit '2'"; and

   c. OSCN.net Docket Sheet, attached as "Exhibit '3'".

11. Upon information and belief, Defendant Johnson has not yet been served with the state court's summons, thus its consent is not necessary to effect this removal. *See* 28 U.S.C. § 1446(b)(2)(A). That said, undersigned counsel can advise that they also represent Defendant Johnson and that Johnson consents to this removal.

WHEREFORE, Defendant Auto Owners Insurance, having effected removal of this action, prays this Court assume jurisdiction accordingly.

          Respectfully submitted,

          AUTO OWNERS INSURANCE
                                                                 - Defendant

By:      /s/Tyler J. Coble
      Tim N. Cheek – OBA #11257
      Tyler J. Coble – OBA #30526
      CHEEK LAW FIRM, P.L.L.C.
      311 North Harvey Avenue
      Oklahoma City, Oklahoma 73102
      Telephone: (405) 272-0621
      Facsimile: (405) 232-1707
      tcheek@cheeklaw.com
      tcoble@cheeklaw.com
      ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on the same date this Notice of Removal was filed in the United States District Court for the Eastern District of Oklahoma, a true and correct copy of said Notice of Removal was served by mailing a true and correct copy of the same to the following:

Bill Inhofe, President
Sooner Emergency Service, Inc.
2300 N. 32nd Street
Muskogee, OK  74401


I further certify that a true and correct copy of this Notice of Removal was mailed for filing to the Court Clerk of the Muskogee County District Court, P.O. Box 1350, Muskogee, Oklahoma  74402.

                                              /s/Tyler J. Coble