# "Exhibit '1'"

IN THE DISTRICT COURT IN AND FOR MUSKOGEE COUNTY

STATE OF OKLAHOMA

FILED BY ROBYN BOSWELL
DISTRICT COURT CLERK

MAR 25 2024

MUSKOGEE COUNTY, OK

| | |
|---|---|
| SOONER EMERGENCY SERVICE, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. CJ-2024-106 |
| JOHNSTON LOGISTCS LLC and AUTO OWNERS INSURANCE | ) |
| Defendants. | ) |

## PETITION

**COMES NOW** the Plaintiff, Sooner Emergency Service, Inc. (hereinafter "Sooner"), pro se and for its cause of action against the Defendants hereby alleges and states as follows:

1. Plaintiff is a domestic for-profit corporation existing by virtue of the laws and statutes of the State of Oklahoma. Sooner's principal place of business is in Muskogee, Oklahoma.

2. Defendant Johnston Logistics LLC (hereinafter "Johnston") is a Michigan Domestic Limited Liability Company whose principal place of business in Portage, MI. Johnston operates under USDOT number 2044718 and MC number 717164 and conducts business within and/or transports cargo within the State of Oklahoma.

3. Defendant Auto Owners Insurance, is an insurance company providing a limited liability policy to the Defendant Johnston Logistics LLC with its principal place of business in Lansing, MI.

4. The District Court of Muskogee County, Oklahoma has jurisdiction over the parties hereto and subject matter hereof, and proper venue lies in Muskogee County, Oklahoma.

5. On or about the 29th day of October 2023, Defendant Johnston's tractor trailer rig was being negligently operated on Interstate I-44 in the State of Oklahoma when said tractor left the roadway and struck a dirt embankment on a bridge. Johnston's

trailer came to rest on it's side on the roadway and shoulder of the roadway. Damage to the trailer caused the trailer's contents, boxes and juice and barrels of liquid to be spilled and scattered about the roadway and onto the shoulder and right-of-way. Damage to the tractor caused diesel fuel and oil to spill onto the roadway, shoulder, and right-of-way.

    6. As a result of the accident described above, significant debris, the cargo, and environmentally hazardous contaminants were strewn about and deposited onto and alongside the roadway.

    7. Defendant Auto Owners Insurance issued an insurance policy or policies to Auto Owners Insurance which was/were in full force and effect at the time of the accident described above and which provided coverage for the damages complained of herein.

    8. Plaintiff was contacted at its principal place of business in Muskogee, Oklahoma and dispatched to the scene of the wreck to provide and conduct necessary emergency cleanup services and environmental remediation procedures in accordance with the provisions of 47 O.S. § 11-1110 and other applicable laws and statutes.

    9. As evidenced by the Statement and Invoices attached hereto as Exhibits 1-12, Sooner provided and conducted the necessary emergency cleanup services and environmental remediation procedures on an open account.

    10. Plaintiff has provided Defendants with the Statement and Invoices attached hereto as Exhibits 1-12, which detail the services, procedures and equipment Sooner provided and undertook to clean up the mess caused by the aforesaid accident and demanded payment for same, but the Invoices remain unpaid, due and owing.

    11. Defendants are jointly and severally liable for the payment of the attached Invoices pursuant to the provisions of 47 O.S. § 11-1110 and other applicable laws and statutes and Plaintiff is entitled to judgment against the Defendants in the amount of Eighty-Three Thousand Nine Hundred Forty Dollars and Eighteen Cents ($83,940.18), plus interest thereon.

    **WHEREFORE**, premises considered, the Plaintiff herein prays it have and recover the verdict of the jury and judgment of the Court against the Defendants, both jointly and severally, in the amount of $83,940.18; that the Plaintiff have and recover its

reasonable attorney's fees and the costs of prosecuting this action, as may be allowed by law; that pre-judgment and post-judgment interest be awarded at the statutory rate; and that the Court grant and award the Plaintiff such other and further relief to which it may be entitled and which the Court deems fair, just, equitable, proper and right.

**SOONER EMERGENCY SERVICE, INC.**
Plaintiff

2300 N. 32nd Street
Muskogee, OK 74401
(918)683-2936


By: _____
    **Bill Inhofe, President**

"Exhibit 1"

# Statement

**Sooner Emergency Service, Inc**
2244 N 32nd St
Muskogee OK 74401



| Date |
|---|
| 2/1/2024 |

**To:**
JOHNSTON LOGISTICS
1809 TAMFIELD AVE
PORTAGE, MI 49024

| Amount Due | Amount Enc. |
|---|---|
| $46,698.37 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 10/29/2023 | INV #230557. Orig. Amount $22,334.25. | 22,334.25 | 22,334.25 |
| 01/18/2024 | INV #230628. Orig. Amount $23,674.00. | 23,674.00 | 46,008.25 |
| 02/01/2024 | INV #240006. Orig. Amount $690.12. | 690.12 | 46,698.37 |

Disposal will not Be provided until Sooner is paid.

2-1

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 690.12 | 23,674.00 | 0.00 | 0.00 | 22,334.25 | $46,698.37 |



| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Carol Kohler*   ☐ Agent  ☐ Addressee<br>B. Received by *(Printed Name)*   C. Date of Delivery<br>Carol Kohler   2-15-2! |
| 1. Article Addressed to:<br>Johnston Logistics<br>1809 Tamfield Ave.<br>Portage, MI 49024 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 7873 2234 0755 21 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ ed Mail<br>☐ ed Mail Restricted Delivery $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number *(Transfer from service label)*<br>9589 0710 5270 0987 1411 13 | |

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Auto Owners Insurance
Claim Specialist
Motor Carrier
6101 Anacapri Blvd
Lansing, MI 48917

9590 9402 7873 2234 0755 45

2. Article Number (Transfer from service label)

7020 3160 0001 0048 2480

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X   GLES, Inc.    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

R. Lovelaten

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lisa White
4360 Remington LN
El Reno, OK 73036

9590 9402 7873 2234 0761 15

2. Article Number (Transfer from service label)

7020 3160 0001 0048 2466

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X   [signature]    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery: 2-6

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# Invoice

**Sooner Emergency Service, Inc**
2244 N 32nd St
Muskogee OK 74401

Muskogee Phone (918)683-2936
Tulsa Phone (918)583-2021
Watts (800)722-4901
Fax (918)683-6001
Fed ID # 731367922
EPA ID # OKD-982-292-617
OK INDUSTRIAL WASTE ID # 3415

| DATE | INVOICE # |
|---|---|
| 10/29/2023 | 230557 |

| GENERATOR |
|---|
| JOHNSTON LOGISTICS<br>1809 TAMFIELD AVE<br>PORTAGE, MI 49024 |

| BILL TO / INSURANCE CO |
|---|
|  |

| P.O. NO. | TERMS | DUE DATE |
|---|---|---|
| DUNLAP | Due on receipt | 10/29/2023 |

| UNIT/TRUCK # | DESCRIPTION | Total Hr | Rate Per Hour | AMOUNT |
|---|---|---|---|---|
|  | OFF LOAD AND RELOAD CARGO (2 FLAMMABLE DRUMS) DOT # 2044718 ON I-44 MILE 265 | | | |
|  | EQUIPMENT (4:00 PM - 4:30 AM) | | | |
| 281 | ONE TON PICKUP | 12.5 | 45.00 | 562.50 |
| 3214B | EQUIPMENT TRAILER NON-HAZ | 12.5 | 75.00 | 937.50 |
| 279 | 17 MACK ROLL OFF | 12.5 | 125.00 | 1,562.50 |
| SE201 | ROLL OFF BOX WITH TIGHT TARP SEALED DOORS | | 60.00 | 60.00 |
| 283 | 20 ROLL OFF TRUCK | 12.5 | 125.00 | 1,562.50 |
| SE203 | ROLL OFF BOX WITH TIGHT TARP SEALED DOORS | | 60.00 | 60.00 |
| 282 | PETE WITH ROLLBACK BED | 12.5 | 125.00 | 1,562.50 |
| 436 | EXCAVATOR WITH THUMB | 12.5 | 150.00 | 1,875.00 |
| FUEL SURCHAR... | | | 2,340.00 | 2,340.00 |
| CUT | CUT OFF SAW | | 100.00 | 100.00 |
| SAFETY EQUIP... | PERSONAL SAFETY EQUIPMENT | 6 | 30.00 | 180.00 |
|  | PERSONNEL (4:00 PM - 4:30 AM) | | | |
| #302 HOL | TECH FOREMAN HOLIDAY/WEEKEND | 12.5 | 150.00 | 1,875.00 |
| #315 HOL | CERT. OPERATOR HOLIDAY / WEEKEND | 12.5 | 140.00 | 1,750.00 |
| #313 HOL | CERT. OPERATOR HOLIDAY / WEEKEND | 12.5 | 140.00 | 1,750.00 |
| #306 HOL | RECOVERY TECH HOLIDAY/WEEKEND | 12.5 | 130.00 | 1,625.00 |
| #312 HOL/WEEK | RECOVERY TECH HOLIDAY/WEEKEND | 12.5 | 130.00 | 1,625.00 |
| #326 HOL | RECOVERY TECH HOLIDAY/WEEKEND | 12.5 | 130.00 | 1,625.00 |
| #32 | SECRETARIAL / ADMINISTRATION | 6 | 51.00 | 306.00 |
| MEAL | MEAL PER DIEM | 6 | 30.00 | 180.00 |
|  | SUPPLIES | | | |
| OVERPAC | 88 GAL POLY OVERPACK | 2 | 250.00 | 500.00 |
| TAX STORAGE | TAXES ON STORAGE | | 9.15% | 45.75 |
| PHOTOS | PHOTOS AND PROCESSING | | 50.00 | 50.00 |
| PROFILE-S | PROFILE AND MANIFEST (SOLIDS) | | 200.00 | 200.00 |

**Total 2-2** $22,334.25

1.5 % PER MONTH LATE CHARGE     muskogee@sooneremergency.net

**Sooner Emergency Service, Inc**

2244 N 32nd St
Muskogee OK 74401

Muskogee Phone (918)683-2936
Tulsa Phone (918)583-2021
Watts (800)722-4901
Fax (918)683-6001
Fed ID # 731367922
EPA ID # OKD-982-292-617
OK INDUSTRIAL WASTE ID # 3415

# Invoice

| DATE | INVOICE # |
|---|---|
| 1/18/2024 | 230628 |

| GENERATOR |
|---|
| JOHNSTON LOGISTICS<br>1809 TAMFIELD AVE<br>PORTAGE, MI 49024 |

| BILL TO / INSURANCE CO |
|---|
|  |

| P.O. NO. | TERMS | DUE DATE |
|---|---|---|
|  | Due on receipt | 1/18/2024 |

| UNIT/TRUCK # | DESCRIPTION | Total Hr | Rate Per Hour | AMOUNT |
|---|---|---|---|---|
|  | DISPOSAL ON CARGO THAT WAS BEING HELD BECAUSE OF FLAMMABLE PRODUCT THAT HAD SPILLED ON SOME OF IT AND NO SDS WAITING ON APPROVAL FROM LANDFILL AND LACK OF APPROVAL FROM INSURANCE COMPANY |  |  |  |
|  | EQUIPMENT |  |  |  |
| 279 | 17 MACK ROLL OFF | 4 | 125.00 | 500.00 |
| SE201 | ROLL OFF BOX WITH TIGHT TARP SEALED DOORS |  | 60.00 | 60.00 |
| 283 | 20 ROLL OFF TRUCK | 4 | 125.00 | 500.00 |
| SE203 | ROLL OFF BOX WITH TIGHT TARP SEALED DOORS |  | 60.00 | 60.00 |
|  | PERSONNEL |  |  |  |
| #315 | CERT. OPERATOR REG. TIME | 4 | 70.00 | 280.00 |
| #313 | CERT. OPERATOR | 4 | 70.00 | 280.00 |
| #32 | SECRETARIAL / ADMINISTRATION | 4 | 51.00 | 204.00 |
|  | DISPOSAL |  |  |  |
| SOLID | SOLID DISPOSAL | 60 | 30.50 | 1,830.00 |
| DRUM DISPOSAL | DRUM DISPOSAL FLAMMABLE | 2 | 850.00 | 1,700.00 |
|  | STORAGE |  |  |  |
| SE201 | ROLL OFF BOX WITH TIGHT TARP SEALED DOORS STORAGE STARTING 10/29/23 THROUGH 01/19/24 @ $60.00 PER DAY | 83 | 60.00 | 4,980.00 |
| STORAGE | 2 DRUMS STORAGE (FLAMMABLE) | 83 | 100.00 | 8,300.00 |
| SE203 | ROLL OFF BOX WITH TIGHT TARP SEALED DOORS STORAGE STARTING 10/29/23 THROUGH 01/19/24 @ $60.00 PER DAY | 83 | 60.00 | 4,980.00 |

**Total 2-3**  $23,674.00

| 1.5 % PER MONTH LATE CHARGE | muskogee@sooneremergency.net |
|---|---|

"Exhibit"

Sooner Emergency Service, Inc

2244 N 32nd St
Muskogee OK 74401

Muskogee Phone (918)683-2936
Tulsa Phone (918)583-2021
Watts (800)722-4901
Fax (918)683-6001
Fed ID # 731367922
EPA ID # OKD-982-292-617
OK INDUSTRIAL WASTE ID # 3415

# Invoice

| DATE | INVOICE # |
|---|---|
| 2/1/2024 | 240006 |

| GENERATOR |
|---|
| JOHNSTON LOGISTICS<br>1809 TAMFIELD AVE<br>PORTAGE, MI 49024 |

| BILL TO / INSURANCE CO |
|---|
|  |

| P.O. NO. | TERMS | DUE DATE |
|---|---|---|
| . | Due on receipt | 2/1/2024 |

| UNIT/TRUCK # | DESCRIPTION | Total Hr | Rate Per Hour | AMOUNT |
|---|---|---|---|---|
| Fin Chg | Finance Charges on Overdue Balance |  | 690.12 | 690.12 |

Total  2-4   $690.12

1.5 % PER MONTH LATE CHARGE    muskogee@sooneremergency.net


"Exhibit 5"

# Statement

Sooner Emergency Service, Inc
2244 N 32nd St
Muskogee OK 74401


③

| Date |
|---|
| 2/1/2024 |

**To:**
JOHNSTON LOGISTICS ENVIRO
1809 TAMFIELD AVE
PORTAGE, MI 49024

| Amount Due | Amount Enc. |
|---|---|
| $46,431.88 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 10/29/2023 | INV #230558. Orig. Amount $21,577.42. | 21,577.42 | 21,577.42 |
| 10/30/2023 | INV #230559. Orig. Amount $4,185.20. | 4,185.20 | 25,762.62 |
| 11/08/2023 | INV #230576. Orig. Amount $9,685.00. | 9,685.00 | 35,447.62 |
| 11/15/2023 | INV #230588. Orig. Amount $9,190.07. | 9,190.07 | 44,637.69 |
| 11/16/2023 | INV #230613. Orig. Amount $1,108.00. | 1,108.00 | 45,745.69 |
| 02/01/2024 | INV #240007. Orig. Amount $686.19. | 686.19 | 46,431.88 |

3-1

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 686.19 | 0.00 | 0.00 | 19,983.07 | 25,762.62 | $46,431.88 |

"Exhibit 6"

**Sooner Emergency Service, Inc**

2244 N 32nd St
Muskogee OK 74401

Muskogee Phone (918)683-2936
Tulsa Phone (918)583-2021
Watts (800)722-4901
Fax (918)683-6001
Fed ID # 731367922
EPA ID # OKD-982-292-617
OK INDUSTRIAL WASTE ID # 3415

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/29/2023 | 230558 |

| GENERATOR |
|---|
| JOHNSTON LOGISTICS ENVIRO<br>1809 TAMFIELD AVE<br>PORTAGE, MI 49024 |

| BILL TO / INSURANCE CO |
|---|
|  |

| P.O. NO. | TERMS | DUE DATE |
|---|---|---|
| DUNLAP | Due on receipt | 10/29/2023 |

| UNIT/TRUCK # | DESCRIPTION | Total Hr | Rate Per Hour | AMOUNT |
|---|---|---|---|---|
|  | EMERGENCY RESPONSE TO FUEL AND OIL SPILL ON I-44 MILE 265 MAYS COUNTY DOT #2044718 |  |  |  |
|  | EQUIPMENT (4:00 PM - 4:30 AM) |  |  |  |
| 265 | ONE TON PICKUP FLATBED | 12.5 | 45.00 | 562.50 |
| 5214 | EMERGENCY RESPONSE TRAILER | 12.5 | 100.00 | 1,250.00 |
| 258 | ONE TON PICKUP FLATBED | 12.5 | 45.00 | 562.50 |
| 417 | ARROW BOARD | 12.5 | 45.00 | 562.50 |
| 280 | PICKUP | 12.5 | 35.00 | 437.50 |
| 246 | PETE WITH A ROLLBACK BED | 12.5 | 125.00 | 1,562.50 |
| 419 | JOHN DEERE 332 SKID STEER | 12.5 | 150.00 | 1,875.00 |
| 243 | 3/4 TON PICKUP | 12.5 | 35.00 | 437.50 |
| 217 | LIGHT PLANT | 12.5 | 45.00 | 562.50 |
| FUEL SURCHAR... |  |  | 1,953.00 | 1,953.00 |
| SAFETY EQUIP... | PERSONAL SAFETY EQUIPMENT | 5 | 30.00 | 150.00 |
|  | PERSONNEL (4:00 PM - 4:30 AM) |  |  |  |
| #301 HOL | TECH FOREMAN HOLIDAY / WEEKEND | 12.5 | 150.00 | 1,875.00 |
| #308 HOL | CERT. OPERATOR HOLIDAY/WEEKEND | 12.5 | 140.00 | 1,750.00 |
| #307 HOL | RECOVERY TECH HOLIDAY/WEEKEND | 12.5 | 130.00 | 1,625.00 |
| #328 HOL/SUN | RECOVERY TECH HOLIDAY/ WEEKEND | 12.5 | 130.00 | 1,625.00 |
| #200 HOL | RECOVERY TECH HOLIDAY/WEEKEND | 12.5 | 130.00 | 1,625.00 |
| #32 | SECRETARIAL / ADMINISTRATION | 8 | 51.00 | 408.00 |
| MEAL | MEAL PER DIEM | 5 | 30.00 | 150.00 |
| OHP 302 SMITH | OFF DUTY OKLAHOMA HIGHWAY PATROL TROOPER FOR EXTRA TRAFFIC CONTROL | 7 | 70.00 | 490.00 |
| MARK UP | SUB CONTRACTOR MARKUP |  | 15.00% | 73.50 |
|  | SUPPLIES |  |  |  |
| ABSORB-4 | ABSORBENT BOOMS  BALE |  | 232.00 | 232.00 |
| ABSORB-3 | ABSORBENT BOOMS EACH |  | 77.33 | 77.33 |
| ABSORB-1 | BIO MATRIX ABSORBENT | 5 | 165.00 | 825.00 |

3-2

**Total**

| 1.5 % PER MONTH LATE CHARGE | muskogee@sooneremergency.net |
|---|---|

Page 1

# Sooner Emergency Service, Inc

2244 N 32nd St
Muskogee OK 74401

Muskogee Phone (918)683-2936
Tulsa Phone (918)583-2021
Watts (800)722-4901
Fax (918)683-6001
Fed ID # 731367922
EPA ID # OKD-982-292-617
OK INDUSTRIAL WASTE ID # 3415

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/29/2023 | 230558 |

| GENERATOR |
|---|
| JOHNSTON LOGISTICS ENVIRO<br>1809 TAMFIELD AVE<br>PORTAGE, MI 49024 |

| BILL TO / INSURANCE CO |
|---|
| |

| P.O. NO. | TERMS | DUE DATE |
|---|---|---|
| DUNLAP | Due on receipt | 10/29/2023 |

| UNIT/TRUCK # | DESCRIPTION | Total Hr | Rate Per Hour | AMOUNT |
|---|---|---|---|---|
| ABSORB-5 | ABSORBENT STAKES WITH SAFETY CAPS | 4 | 14.50 | 58.00 |
| MICRO | MICRO BLAZE PREMIX | 4 | 112.00 | 448.00 |
| TAX SUPPLIES | TAX ON SUPPLIES | | 150.09 | 150.09 |
| PHOTOS | PHOTOS AND PROCESSING | | 50.00 | 50.00 |
| PROFILE-S | PROFILE AND MANIFEST (SOLIDS) | | 200.00 | 200.00 |

3-3

**Total** $21,577.42

1.5 % PER MONTH LATE CHARGE        muskogee@sooneremergency.net

Page 2

**Sooner Emergency Service, Inc**
2244 N 32nd St
Muskogee OK 74401
Muskogee Phone (918)683-2936
Tulsa Phone (918)583-2021
Watts (800)722-4901
Fax (918)683-6001
Fed ID # 731367922
EPA ID # OKD-982-292-617
OK INDUSTRIAL WASTE ID # 3415

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/30/2023 | 230559 |

**GENERATOR**

JOHNSTON LOGISTICS ENVIRO
1809 TAMFIELD AVE
PORTAGE, MI 49024

**BILL TO / INSURANCE CO**

| P.O. NO. | TERMS | DUE DATE |
|---|---|---|
|  | Due on receipt | 10/30/2023 |

| UNIT/TRUCK # | DESCRIPTION | Total Hr | Rate Per Hour | AMOUNT |
|---|---|---|---|---|
|  | RETURN TO SPILL SITE TO CHECK CONTAMINATED ABSORBENTS AND PULL SAMPLES | | | |
|  | EQUIPMENT (12:00 PM - 5:00 PM) | | | |
| 265 | ONE TON PICKUP FLATBED | 5 | 45.00 | 225.00 |
| 5214 | EMERGENCY RESPONSE TRAILER | 5 | 100.00 | 500.00 |
| 267 | 2013 GMC 2500 4WD | 5 | 35.00 | 175.00 |
| 417 | ARROW BOARD | 5 | 45.00 | 225.00 |
| 275 | 2016 GMC 3/4 TON PICKUP | 5 | 35.00 | 175.00 |
| FUEL SURCHAR... |  |  | 325.00 | 325.00 |
| SAFETY EQUIP... | PERSONAL SAFETY EQUIPMENT | 4 | 30.00 | 120.00 |
|  | PERSONNEL (12:00 PM - 5:00 PM) | | | |
| #309 | TECH FOREMAN REG TIME | 5 | 75.00 | 375.00 |
| #306 | RECOVERY TECH | 5 | 65.00 | 325.00 |
| #307 | RECOVERY TECH | 5 | 65.00 | 325.00 |
| #312 | RECOVERY TECH | 5 | 65.00 | 325.00 |
| #32 | SECRETARIAL / ADMINISTRATION | 5 | 51.00 | 255.00 |
|  | SUPPLIES | | | |
| ABSORB-1 | BIO MATRIX ABSORBENT | 2 | 165.00 | 330.00 |
| TAX SUPPLIES | TAX ON SUPPLIES |  | 9.15% | 30.20 |
| PHOTOS | PHOTOS AND PROCESSING |  | 50.00 | 50.00 |
|  | LAB TEST | | | |
| LAB #1 | TPH & BTEX (DIRTY) |  | 175.00 | 175.00 |
| LAB #4 | T-CLIP-8 RECA METALS |  | 250.00 | 250.00 |

3-4

**Total**  $4,185.20

1.5 % PER MONTH LATE CHARGE    muskogee@sooneremergency.net

Sooner Emergency Service, Inc
2244 N 32nd St
Muskogee OK 74401

Muskogee Phone (918)683-2936
Tulsa Phone (918)583-2021
Watts (800)722-4901
Fax (918)683-6001
Fed ID # 731367922
EPA ID # OKD-982-292-617
OK INDUSTRIAL WASTE ID # 3415

# Invoice

| DATE | INVOICE # |
|---|---|
| 11/8/2023 | 230576 |

| GENERATOR |
|---|
| JOHNSTON LOGISTICS ENVIRO<br>1809 TAMFIELD AVE<br>PORTAGE, MI 49024 |

| BILL TO / INSURANCE CO |
|---|
|  |

| P.O. NO. | TERMS | DUE DATE |
|---|---|---|
|  | Due on receipt | 11/8/2023 |

| UNIT/TRUCK # | DESCRIPTION | Total Hr | Rate Per Hour | AMOUNT |
|---|---|---|---|---|
|  | RETURN TO SITE TO REMOVE CONTAMINATED SOIL AT I-265 WESTBOUND |  |  |  |
|  | EQUIPMENT (8:00 AM - 2:00 PM) |  |  |  |
| 279 | 17 MACK ROLL OFF | 6 | 125.00 | 750.00 |
| 94963 | ROLL OFF BOX (20 YARD) |  | 50.00 | 50.00 |
| 282 | PETE WITH ROLLBACK BED | 6 | 125.00 | 750.00 |
| 436 | EXCAVATOR WITH THUMB | 6 | 150.00 | 900.00 |
| 246 | PETE WITH A ROLLBACK BED | 6 | 125.00 | 750.00 |
| 419 | JOHN DEERE 332 SKID STEER | 6 | 150.00 | 900.00 |
| 281 | ONE TON PICKUP | 6 | 45.00 | 270.00 |
| 416 | ARROW BOARD | 6 | 45.00 | 270.00 |
| 275 | 2016 GMC 3/4 TON PICKUP | 6 | 35.00 | 210.00 |
| FUEL SURCHAR... |  |  | 1,012.50 | 1,012.50 |
| SAFETY EQUIP... | PERSONAL SAFETY EQUIPMENT | 5 | 30.00 | 150.00 |
| OVM METER | OVM METER |  | 100.00 | 100.00 |
|  | PERSONNEL (8:00 AM - 2:00 PM) |  |  |  |
| #302 | TECH FOREMAN | 6 | 75.00 | 450.00 |
| #315 | CERT. OPERATOR REG. TIME | 6 | 70.00 | 420.00 |
| #313 | CERT. OPERATOR | 6 | 70.00 | 420.00 |
| #309 | CERT. OPERATOR REG TIME | 6 | 70.00 | 420.00 |
| #307 | RECOVERY TECH | 6 | 65.00 | 390.00 |
| #32 | SECRETARIAL / ADMINISTRATION | 6 | 51.00 | 306.00 |
| OHP 174 SULLI... | OFF DUTY OKLAHOMA HIGHWAY PATROL TROOPER FOR EXTRA TRAFFIC CONTROL | 4 | 70.00 | 280.00 |
| MARK UP | SUB CONTRACTOR MARKUP SUPPLIES |  | 15.00% | 42.00 |
| MICRO | MICRO BLAZE PREMIX | 2 | 112.00 | 224.00 |
| TAX SUPPLIES | TAX ON SUPPLIES |  | 9.15% | 20.50 |
| PHOTOS | PHOTOS AND PROCESSING |  | 50.00 | 50.00 |
| PROFILE-L | PROFILE AND MANIFEST (LIQUIDS) LAB TEST |  | 200.00 | 200.00 |
| LAB #2 | TPH & BTEX (CLEAN) | 2 | 175.00 | 350.00 |

3-5

**Total**  $9,685.00

| 1.5 % PER MONTH LATE CHARGE | muskogee@sooneremergency.net |
|---|---|

**Sooner Emergency Service, Inc**
2244 N 32nd St
Muskogee OK 74401

# Invoice

Muskogee Phone (918)683-2936
Tulsa Phone (918)583-2021
Watts (800)722-4901
Fax (918)683-6001
Fed ID # 731367922
EPA ID # OKD-982-292-617
OK INDUSTRIAL WASTE ID # 3415

| DATE | INVOICE # |
|---|---|
| 11/15/2023 | 230588 |

| GENERATOR | BILL TO / INSURANCE CO |
|---|---|
| JOHNSTON LOGISTICS ENVIRO<br>1809 TAMFIELD AVE<br>PORTAGE, MI 49024 | |

| P.O. NO. | TERMS | DUE DATE |
|---|---|---|
| | Due on receipt | 11/15/2023 |

| UNIT/TRUCK # | DESCRIPTION | Total Hr | Rate Per Hour | AMOUNT |
|---|---|---|---|---|
| | ESTIMATE RETURN TO REPLACE SOIL & SOD | | | |
| | EQUIPMENT (8:00AM- 3:00PM) | | | |
| 222 | PETE | 7 | 125.00 | 875.00 |
| 3207A | SMITH CO. SIDE DUMP TRUCK-SOLIDS | 7 | 35.00 | 245.00 |
| 282 | PETE WITH ROLLBACK BED | 7 | 125.00 | 875.00 |
| 402 | ASV | 7 | 150.00 | 1,050.00 |
| 234 | 2002 GMC ONE TON FLATBED (HAUL SOD) | 7 | 45.00 | 315.00 |
| 265 | ONE TON PICKUP FLATBED | 7 | 45.00 | 315.00 |
| 416 | ARROW BOARD | 7 | 45.00 | 315.00 |
| 275 | 2016 GMC 3/4 TON PICKUP | 7 | 35.00 | 245.00 |
| FUEL SURCHAR... | | | 1,058.75 | 1,058.75 |
| SAFETY EQUIP... | PERSONAL SAFETY EQUIPMENT | 5 | 30.00 | 150.00 |
| | PERSONNEL (8:00AM- 3:00PM) | | | |
| #302 | TECH FOREMAN | 7 | 75.00 | 525.00 |
| #306 | CERT. OPERATOR | 7 | 70.00 | 490.00 |
| #315 | CERT. OPERATOR REG. TIME | 7 | 70.00 | 490.00 |
| #309 | RECOVERY TECH | 7 | 65.00 | 455.00 |
| #307 | RECOVERY TECH | 7 | 65.00 | 455.00 |
| #32 | SECRETARIAL / ADMINISTRATION | 3.5 | 51.00 | 178.50 |
| OHP 001 | OFF DUTY OKLAHOMA HIGHWAY PATROL TROOPER FOR EXTRA TRAFFIC CONTROL | 5 | 70.00 | 350.00 |
| MARK UP | SUB CONTRACTOR MARKUP | | 52.50 | 52.50 |
| | SUPPLIES | | | |
| TOP SOIL | TOP SOIL | 0.5 | 600.00 | 300.00 |
| SOD | SOD | 1 | 250.00 | 250.00 |
| TAX | | | 50.32 | 50.32 |
| SEED | SEED & FERTILIZER | | 100.00 | 100.00 |
| PHOTOS | PHOTOS AND PROCESSING | | 50.00 | 50.00 |

3-6

**Total** $9,190.07

1.5 % PER MONTH LATE CHARGE    muskogee@sooneremergency.net

Exhibit 11

**Sooner Emergency Service, Inc**

2244 N 32nd St
Muskogee OK 74401

Muskogee Phone (918)683-2936
Tulsa Phone (918)583-2021
Watts (800)722-4901
Fax (918)683-6001
Fed ID # 731367922
EPA ID # OKD-982-292-617
OK INDUSTRIAL WASTE ID # 3415

# Invoice

| DATE | INVOICE # |
|---|---|
| 11/16/2023 | 230613 |

| GENERATOR |
|---|
| JOHNSTON LOGISTICS ENVIRO<br>1809 TAMFIELD AVE<br>PORTAGE, MI 49024 |

| BILL TO / INSURANCE CO |
|---|
|  |

| P.O. NO. | TERMS | DUE DATE |
|---|---|---|
|  | Due on receipt | 11/16/2023 |

| UNIT/TRUCK # | DESCRIPTION | Total Hr | Rate Per Hour | AMOUNT |
|---|---|---|---|---|
| 283 | HAUL TO LANDFILL<br><br>EQUIPMENT<br>20 ROLL OFF TRUCK | 3 | 125.00 | 375.00 |
| ROLL | ROLL OFF BOX 20 YARDS |  | 35.00 | 35.00 |
| #313 | PERSONNEL<br>CERT. OPERATOR | 3 | 70.00 | 210.00 |
| SOLID | DISPOSAL<br>SOLID DISPOSAL | 16 | 30.50 | 488.00 |

3.7

**Total**  $1,108.00

| 1.5 % PER MONTH LATE CHARGE | muskogee@sooneremergency.net |
|---|---|

"Exhibit 12"

**Sooner Emergency Service, Inc**

2244 N 32nd St
Muskogee OK 74401

Muskogee Phone (918)683-2936
Tulsa Phone (918)583-2021
Watts (800)722-4901
Fax (918)683-6001
Fed ID # 731367922
EPA ID # OKD-982-292-617
OK INDUSTRIAL WASTE ID # 3415

# Invoice

| DATE | INVOICE # |
|---|---|
| 2/1/2024 | 240007 |

| GENERATOR |
|---|
| JOHNSTON LOGISTICS ENVIRO<br>1809 TAMFIELD AVE<br>PORTAGE, MI 49024 |

| BILL TO / INSURANCE CO |
|---|
|  |

| P.O. NO. | TERMS | DUE DATE |
|---|---|---|
|  | Due on receipt | 2/1/2024 |

| UNIT/TRUCK # | DESCRIPTION | Total Hr | Rate Per Hour | AMOUNT |
|---|---|---|---|---|
| Fin Chg | Finance Charges on Overdue Balance |  | 686.19 | 686.19 |

3-8

**Total** $686.19

| 1.5 % PER MONTH LATE CHARGE | muskogee@sooneremergency.net |
|---|---|