# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

**SOONER EMERGENCY SERVICE, INC.,**

      **Plaintiff,**

v.                                       Case No. 24-CV-132-JFH-GLJ

**JOHNSON LOGISTICE, LLC,**

      **Defendant.**

## ORDER

The Court has been advised that this action has settled.

IT IS THEREFORE ORDERED that the parties shall file a joint stipulation of dismissal of this action with prejudice as to all claims pursuant to Federal Rule of Civil Procedure 41(a)(1) on or before February 26, 2025.

Dated this 27th day of January 2025.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE